IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GMAC, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-671-GPM |
| MILITARY TRAFFIC MANAGEMENT COMMAND, | ) ) ) ) |
| Defendant. | ) ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On October 14, 2008, Plaintiff filed a Notice of Voluntary Dismissal (Doc. 3), requesting that the case be dismissed at the Plaintiff's cost. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff has the right to voluntarily dismiss its case before any defendant files an answer. Since no defendant has filed an answer in this case, the Court **DISMISSES** Plaintiff's case **without prejudice**.

**IT IS SO ORDERED.**

DATED: 10/20/08

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge